**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GABRIEL SALAS,**

                **Plaintiff,**

**-vs-**                                                              **Case No. 6:11-cv-1909-Orl-31GJK**

**JENNIFER MARIETTA,**

                **Defendant.**

## ORDER

This cause comes before the Court on a motion to dismiss (Doc. 7) filed by Defendant Jennifer Marietta. Plaintiff Gabriel Salas has not filed a response.

Plaintiff sues Defendant for copyright infringement pursuant to 17 U.S.C. § 505 for certain pictures that Plaintiff took of Defendant. The Complaint alleges, *inter alia*, that Plaintiff is the rightful owner of the pictures, and Defendant wrongfully caused them to be removed from a website where they were published. Plaintiff seeks damages pursuant to 17 U.S.C. § 501 et seq. and declaratory relief pursuant to 28 U.S.C. § 2201.

Defendant moves to dismiss the Complaint pursuant to FED. R. CIV. P. 12(b)(6) because the Copyright Act provides, in relevant part, that "no civil action for infringement of the copyright in any United States work shall be instituted until preregistration or registration of the copyright claim has been made in accordance with this title." 17 U.S.C. § 411(a); *see also, e.g., Watkins v. Southeastern Newspapers, Inc.*, 163 Fed. App'x 823, 825 (11th Cir. 2006). The Complaint does not allege

compliance with this requirement and Plaintiff has not responded to the Motion. Upon review, the Court finds the Motion to be meritorious.

Therefore, it is **ORDERED** that Defendant's Motion (Doc. 7) is **GRANTED**. The Complaint (Doc.1) is **DISMISSED without prejudice**. Plaintiff may file an amended complaint by no later than April 2, 2012.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 3, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Party

**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**